MHW

UNITED STATES DISTRICT COURT, NORTHERN DISTR[ICT]
EASTERN DIVISION

08cv1677
JUDGE LEINENWEBER
MAG. JUDGE KEYS

Plaintiff(s)  Sheila D. Hudson J.N

v.

Defendant(s)  John E. Porter Postmaster General

FILED
3-21-2008
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: _____
Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __Sheila D. Hudson__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____  2503 Prairie Crossing Dr
Movant's Signature            Street Address

3-21-08                       Montgomery Il 60538
Date                          City, State, ZIP