*MHW*

08cv1677
JUDGE LEINENWEBER
MAG. JUDGE KEYS

FOR PRO SE LITIGANTS
[NO]RTHERN DISTRICT OF ILLINOIS

FILED
3-21-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Sheila Denise Hudson
(Please print)

STREET ADDRESS: 2503 Prairie Crossing Dr

CITY/STATE/ZIP: Montgomery Ill 60538

PHONE NUMBER: 630 673 0280

CASE NUMBER:

_____          3-21-08
Signature                                   Date