# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1677 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Hudson vs. Potter | | |

**DOCKET ENTRY TEXT**

In an order dated June 12, 2008, the Court denied without prejudice Plaintiff Sheila Hudson's motions to proceed *in forma pauperis* and for appointment of counsel. The Court directed Plaintiff to submit an amended application or pay the filing fee by July 7, 2008; otherwise her case would be dismissed. No filing fee or amended IFP application has been received. Accordingly, Plaintiff's case is now dismissed with prejudice.

Docketing to mail notices
Mailed AO 450 form

Courtroom Deputy Initials: