# United States District Court

## Northern District of Illinois

Eastern Division

Sheila Hudson   **JUDGMENT IN A CIVIL CASE**

      v.   Case Number: 08 C 1677

John E. Potter

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 8/27/2008   _____

/s/ Wanda A. Parker, Deputy Clerk